CHARLES P. DIAMOND (SB # 56881)
LAW OFFICES OF CHARLES P. DIAMOND
cdiamond@omm.com - tel. (310) 246-6789
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | Case No. :18- CR-00172(A)-GW-7 |
| v. | |
| MICHAEL LERMA, ET AL | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: (**List Documents**)

Ex Parte Application to Seal; Proposed Sealing Order (Juan Sanchez)
Ex Parte Application; Proposed Order Granting Application (Juan Sanchez)

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 2, 2025
Date

Charles P. Diamond
Attorney Name

JUAN SANCHEZ
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING