```
 1  JOSEPH T. MCNALLY
    Acting United States Attorney
 2  LINDSEY GREER DOTSON
    Assistant United States Attorney
 3  Chief, Criminal Division
    KYLE W. KAHAN (Cal. Bar No. 298848)
 4  JASON A. GORN (Cal. Bar No. 296179)
    KELLYE NG (Cal. Bar No. 313051)
 5  Assistant United States Attorneys
         1400/1300 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-2238/7962/8408
         Facsimile: (213) 894-0142
 8       E-mail:    kyle.kahan@usdoj.gov
                    jason.gorn@usdoj.gov
 9                  kellye.ng@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:18-00172(A)-GW-1, 6, 7, 8 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING COUNTS CONTAINED IN THE FIRST SUPERSEDING INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| MICHAEL LERMA, *et al.*, | |
| Defendants. | |

Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that following counts of the First Superseding Indictment filed in this matter be dismissed: (1) Counts Four, Five, and Six; (2) Count Nine as to defendant Jose Valencia Gonzalez only;

///

///

(3) Count Ten as to defendant Carlos Gonzalez only; (4) Count Thirteen; (5) Count Fourteen; and (6) Count Sixteen.

    IT IS SO ORDERED.

_____    _____
DATE                                THE HONORABLE GEORGE H. WU
                                                UNITED STATES DISTRICT JUDGE

Presented by:

    */s/*
_____
KTLE W. KAHAN
Assistant United States Attorney