# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 18-172-GW |
| Date | February 25, 2025 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri D. Derby, CJA; Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA; Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Daniel A. Nardoni, CJA; Shaun Khojayan, CJA | ✔ | ✔ | |

____ Day COURT TRIAL     1st Day JURY TRIAL     ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   ✔ Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made _____

____ Witnesses called, sworn and testified.

____ Exhibits identified     ____ Exhibits admitted

____ Government rests.     ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made     ____ Court instructs jury     ____ Bailiff sworn

____ Alternates excused     ____ Jury retires to deliberate     ____ Jury resumes deliberations

____ Finding by Court as follows:     ____ Jury Verdict as follows:

Dft # ____ ____ Guilty on count(s) ____     ____ Not Guilty on count(s) ____

____ Jury polled     ____ Polling waived

____ Filed Witness & Exhibit lists     ____ Filed Jury notes     ____ Filed Jury Instructions     ____ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.     Remand/Release# _____ issd.     Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| ✔ | Case continued to | Feb. 26, 2025 at 8:30 a.m. | for further jury impanelment. |
| ✔ | Other: | Jury impanelment is held. Defendant Michael Lerma's Motion to Suppress Evidence [1248] is DENIED. | |
| | | Defendant Michael Lerma's Motion to Suppress Evidence [1431, 1479], are TAKEN UNDER SUBMISSION. | |

                                                                                    7 : 15

Initials of Deputy Clerk   JG