# **Exhibit B**



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Shawn J. Nelson / Kyle Kahan*
*Phone:  (213) 894-5339 / 2238*
*E-mail:  shawn.nelson@usdoj.gov*
*kyle.kahan@usdoj.gov*

*1400 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California  90012*

October 28, 2024

<u>**VIA USAfx**</u>

   **SEE ATTACHED SERVICE LIST**

   Re:   <u>United States v. Michael Lerma, et al.</u>
         CR No. 18-00172(A)-GW

Dear Counsel:

Pursuant to your request for discovery and the Protective Order in this matter, you will receive an email invitation from the government's secure electronic file sharing system, called USAfx, to access the government's discovery production. Please ensure that you download the materials within sixty (60) days, as the contents will automatically delete after that time. The contents of the production are listed below:

## <u>SUBJECT TO PROTECTIVE ORDER:</u>

- LS_010287-10361 (ML Incidents)
- LS_010362-10363 (BOP Debrief Request/CHS Report)
- LS_010364-10365 (Audio)
- LS_010366-10845 (ML Documents)


The government will make available for your inspection any item of evidence referred to above, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief.  Please contact me to arrange a mutually convenient time for your inspection of such items.

The government will produce to you any additional <u>Jencks</u> material—including any relevant grand jury transcripts, assuming a Rule 6(e) order has been issued—one week before trial if you agree to the production of reciprocal <u>Jencks</u> material at that time or affirmatively represent that you have no <u>Jencks</u> material to produce.  Please inform me whether such an arrangement is acceptable to you.

Multiple Counsel
RE:  United States v. Michael Lerma, et al., CR 18-172(A)-GW
October 28, 2024
Page 2


The government also hereby gives notice that it may seek to introduce the other crimes, wrongs, or acts committed by your client that are referenced in the enclosed items pursuant to Rules 404(b) and/or 609(b) of the Federal Rules of Evidence.  The government will provide a more detailed discussion of the Rule 404(b) evidence at a later date.  This notice does not waive or relinquish the government's right to introduce the evidence described herein under any other applicable rule or principle of law.

The enclosed materials and any future discovery provided to you that may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion.  By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.  The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense.  Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offenses are detailed within the documents included within the discovery.  Please contact me immediately if you believe that this notice is insufficient.

Please let me know if you have any questions or would like to further discuss any of the matters raised above.

Sincerely,

   /s/
SHAWN J. NELSON
KYLE KAHAN
Assistant United States Attorneys
International Narcotics, Money Laundering & Racketeering Section

**U.S. v. Michael Lerma, et al.**
**CR 18-172(A)-GW**

**Marri B. Derby**
Law Offices of Marri Derby
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Tel: 949-510-4785
Fax: 949-608-7034
Email: marri@marriderbylaw.com
**Representing Michael Lerma (1)**

**Joel Micah Furman**
Law Offices of Joel M. Furman
1432 Edinger Avenue, Suite 240
Tustin, CA 92780
949-887-2397
Email: joelfurmanlaw@gmail.com
**Representing Michael Lerma (1)**

**Kenneth M. Miller**
Law Office of Kenneth M. Miller
26944 Camino de Estrella, Suite B
Capistrano Beach, CA 92624
Tel: 949-388-3440
Fax: 949-496-6753
Email: Ken@KMMillerLaw.com
**Representing Carlos Gonzalez (6)**

**Richard G. Novak**
Richard G Novak APLC
65 North Raymond Avenue Suite 320
Pasadena, CA 91103
Tel: 626-578-1175
Fax: 626-685-2562
Email: richard@rgnlaw.com
**Representing Carlos Gonzalez (6)**

**Charles Peter Diamond**
O'Melveny and Myers LLP
1999 Avenue of the Stars Suite 800
Los Angeles, CA 90067-6035
Tel: 310-246-6789
Fax: 310-246-6779
Email: cdiamond@omm.com
**Representing Juan Sanchez (7)**

**Richard P Lasting**
Richard P Lasting Law Offices
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Tel: 213-489-9025
Fax: 310-626-9677
Email: richardplasting@sbcglobal.net
**Representing Juan Sanchez (7)**

**Daniel A Nardoni**
Law Office of Daniel A Nardoni
215 North Marengo Avenue Suite 328
Pasadena, CA 91101
626-578-9872
Fax: 626-578-9873
Email: dan@nardonilaw.net
**Representing Jose Valencia Gonzalez (8)**

**Shaun Khojayan**
Shaun Khojayan and Associates PLC
515 South Flower Street 19th Floor
Los Angeles, CA 90071
310-274-6111
Fax: 310-274-6211
Email: shaun@khojayan.com
**Representing Jose Valencia Gonzalez (8)**