UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR 18-172-GW | Date | March 26, 2025 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Jason A. Gorn; Kyle W. Kahan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Michael Lerma | ✔ | ✔ | | 1. Marri D. Derby, CJA; Joel Furman, CJA | ✔ | ✔ | |
| 6. Carlos Gonzalez | ✔ | ✔ | | 6. Richard G. Novak, CJA | ✔ | ✔ | |
| 7. Juan Sanchez | ✔ | ✔ | | 7. Richard P. Lasting, CJA; Charles Diamond, CJA | ✔ | ✔ | |
| 8. Jose Valencia Gonzalez | ✔ | ✔ | | 8. Daniel A. Nardoni, CJA; Shaun Khojayan, CJA | ✔ | ✔ | |

___ Day COURT TRIAL 18th Day JURY TRIAL ___ Death Penalty Phase

___ One day trial; ___ Begun (1st day); ✔ Held & continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made ___

___ Witnesses called, sworn and testified.

___ Exhibits identified ___ Exhibits admitted

___ Government rests. ___ Defendant(s) ___ rest.

___ Motion for mistrial by ___ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

✔ Closing arguments made ___ Court instructs jury ✔ Bailiff sworn

✔ Alternates excused ✔ Jury retires to deliberate ___ Jury resumes deliberations

___ Finding by Court as follows: ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___ Not Guilty on count(s)

___ Jury polled ___ Polling waived

___ Filed Witness & Exhibit lists ___ Filed Jury notes ___ Filed Jury Instructions ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

___ Dft # ___ remanded to custody. ___ Remand/Release# ___ issd. ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

✔ Case continued to Mar. 27, 2025 at 8:30 a.m. for further jury deliberations.

___ Other:

6 : 25

Initials of Deputy Clerk JG