SHAUN KHOJAYAN (SBN 197690)
shaun@khojayan.com
515 S. Flower St., 19th Floor
Los Angeles, CA 90071
Phone: 310-274-6111; Fax 310-274-6211

DANIEL A. NARDONI (SBN 94201)
dan@nardonilaw.net
215 North Marengo Avenue Suite 328
Pasadena, CA 91101
Phone: 626-578-9872; Fax: 626-578-9873
Attorney for Defendant JOSE VALENCIA GONZALEZ

KENNETH M. MILLER (SBN 151874)
Ken@KMMillerLaw.com
26944 Camino de Estrella, Suite B
Capistrano Beach, California 92624
Phone: 949-388-3440

RICHARD G. NOVAK (SBN 149303)
Richard@RGNLaw.com
P. O. Box 5549
Berkeley, CA 94705
Phone: 626-578-1175; Fax: 626-685-2562
Attorneys for Defendant CARLOS GONZALEZ

(Additional Counsel on Subsequent Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE GEORGE H. WU

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 18-00172-GW |
| Plaintiff, | STIPULATION REGARDING THE FILING OF RULE 29 AND 33 MOTIONS AND THE HEARING ON POST-TRIAL MOTIONS |
| vs. | |
| MICHAEL LERMA, et al., | |
| Defendants. | |

1

*Additional Counsel*

CHARLES P. DIAMOND (SBN 56881)
cdiamond@omm.com
AMY R. LUCAS (SBN 264034)
alucas@omm.com
1999 Avenue of the Stars Suite 800
Los Angeles, CA 90067-6035
Phone: 310-246-6789/6784; Fax: 310-246-6779

RICHARD P. LASTING (SBN 53950)
richardplasting@sbcglobal.net
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Phone: 213-489-9025; Fax: 310-626-9677
Attorneys for Defendant JUAN SANCHEZ

MARRI B. DERBY (SBN107209)
marri@marriderbylaw.com
23 Corporate Plaza Suite 150
Newport Beach, CA 92660
Phone: 949-510-4785; Fax: 949-608-7034

JOEL M. FURMAN (SBN 282222)
1432 Edinger Avenue, Suite 240
Tustin, CA 92780
Phone: 949-887-2397
Email: joelfurmanlaw@gmail.com
Attorneys for Defendant MICHAEL LERMA

2

Defendants Michael Lerma, by and through his counsel of record, Marri B. Derby and Joel Furman, Carlos Gonzalez, by and through his counsel of record, Kenneth M. Miller and Richard Novak, Juan Sanchez, by and through his counsel of record, Charles P. Diamond, Richard P. Lasting and Amy R. Lucas, and Jose Valencia Gonzalez, by and through his counsel of record, Shaun Khojayan and Daniel A. Nardoni, and Assistant United States Attorney Kyle Kahan stipulate to the following deadlines for the filing of post-trial motions:

1. The defense post-trial motions under Rule 29 and 33 motions will be filed by Monday, July 28, 2025;
2. The government oppositions to these motions will be filed by Monday, August 25, 2025;
3. The defense replies to the government's oppositions will be filed by Monday, September 15, 2025; and
4. The hearing on the defense post-trial motions under Rule 29 and 33 motions will take place on Monday, October 13, 2025.

Respectfully submitted,

IT IS SO STIPULATED

Dated: April 1, 2025     s/ Marri B. Deby (with authorization)

Marri B. Derby
Joel Furman
Attorneys for Defendant
Michael Lerma

3

IT IS SO STIPULATED

Dated: April 1, 2025        s/ Richard G. Novak (with authorization)

_____

Kenneth M. Miller
Richard G. Novak
Attorneys for Defendant
Carlos Gonzalez

IT IS SO STIPULATED

Dated: April 1, 2025        s/ Amy R. Lucas (with authorization)

_____

Charles P. Diamond
Richard P. Lasting
Amy R. Lucas
Attorneys for Defendant
Juan Sanchez

IT IS SO STIPULATED

Dated: April 1, 2025        s/ Shaun Khojayan

_____

Shaun Khojayan
Daniel A. Nardoni
Attorneys for Defendant
Jose Valencia Gonzalez

IT IS SO STIPULATED

Dated: April 1, 2025        s/ AUSA Kyle W. Kahan (with authorization)

_____

Kyle W. Kahan
Kellye Ng
Jason A. Gorn
Assistant United States Attorneys