SHAUN KHOJAYAN (SBN 197690)
shaun@khojayan.com
515 S. Flower St., 19th Floor
Los Angeles, CA 90071
Phone: 310-274-6111; Fax 310-274-6211

DANIEL A. NARDONI (SBN 94201)
dan@nardonilaw.net
215 North Marengo Avenue Suite 328
Pasadena, CA 91101
Phone: 626-578-9872; Fax: 626-578-9873
Attorney for Defendant JOSE VALENCIA GONZALEZ

KENNETH M. MILLER (SBN 151874)
Ken@KMMillerLaw.com
26944 Camino de Estrella, Suite B
Capistrano Beach, California 92624
Phone: 949-388-3440

RICHARD G. NOVAK (SBN 149303)
Richard@RGNLaw.com
P. O. Box 5549
Berkeley, CA 94705
Phone: 626-578-1175; Fax: 626-685-2562
Attorneys for Defendant CARLOS GONZALEZ

(Additional Counsel on Subsequent Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE GEORGE H. WU

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LERMA, et al,<br><br>Defendants. | Case No.: CR 18-00172-GW<br><br>AMENDED STIPULATION REGARDING THE FILING OF RULE 29 AND 33 MOTIONS AND THE HEARING ON POST-TRIAL MOTIONS |

1

*Additional Counsel*

CHARLES P. DIAMOND (SBN 56881)
cdiamond@omm.com
AMY R. LUCAS (SBN 264034)
alucas@omm.com
1999 Avenue of the Stars Suite 800
Los Angeles, CA 90067-6035
Phone: 310-246-6789/6784; Fax: 310-246-6779

RICHARD P. LASTING (SBN 53950)
richardplasting@sbcglobal.net
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Phone: 213-489-9025; Fax: 310-626-9677
Attorneys for Defendant JUAN SANCHEZ

MARRI B. DERBY (SBN107209)
marri@marriderbylaw.com
23 Corporate Plaza Suite 150
Newport Beach, CA 92660
Phone: 949-510-4785; Fax: 949-608-7034

JOEL M. FURMAN (SBN 282222)
1432 Edinger Avenue, Suite 240
Tustin, CA 92780
Phone: 949-887-2397
Email: joelfurmanlaw@gmail.com
Attorneys for Defendant MICHAEL LERMA

Defendants Michael Lerma, by and through his counsel of record, Marri B. Derby and Joel Furman, Carlos Gonzalez, by and through his counsel of record, Kenneth M. Miller and Richard Novak, Juan Sanchez, by and through his counsel of record, Charles P. Diamond, Richard P. Lasting and Amy R. Lucas, and Jose Valencia Gonzalez, by and through his counsel of record, Shaun Khojayan and Daniel A. Nardoni, and Assistant United States Attorney Kyle Kahan stipulate to the following deadlines for the filing of post-trial motions:

1. The defense post-trial motions under Rule 29 and 33 motions will be filed by Monday, September 22, 2025;

2. The government oppositions to these motions will be filed by Monday, October 20, 2025;

3. The defense replies to the government's oppositions will be filed by Monday, November 10, 2025;

4. The hearing on the defense post-trial motions under Rule 29 and 33 motions will take place on Monday, December 8, 2025;

5. The sentencing hearings for the defendants, as necessary, would be held on January 5, 2026.

Respectfully submitted,

IT IS SO STIPULATED

Dated:  July 15, 2025            s/ Marri B. Deby (with authorization)
                                 Marri B. Derby
                                 Joel Furman
                                 Attorneys for Defendant
                                 Michael Lerma

1  IT IS SO STIPULATED

2  Dated: July 15, 2015                    s/ Richard G. Novak (with authorization)
3                                          Kenneth M. Miller
                                           Richard G. Novak
4                                          Attorneys for Defendant
5                                          Carlos Gonzalez

6
   IT IS SO STIPULATED
7

8  Dated: July 15, 2025                    s/ Charles P. Diamond (with authorization)
9                                          Charles P. Diamond
                                           Richard P. Lasting
10                                         Amy R. Lucas
11                                         Attorneys for Defendant
12                                         Juan Sanchez

13 IT IS SO STIPULATED

14
   Dated: July 15, 2025                    s/ Shaun Khojayan
15                                         Shaun Khojayan
16                                         Daniel A. Nardoni
                                           Attorneys for Defendant
17
                                           Jose Valencia Gonzalez
18

19
   IT IS SO STIPULATED
20

21 Dated: July 15, 2025                    s/ AUSA Kyle W. Kahan (with authorization)
22                                         Kyle W. Kahan
                                           Kellye Ng
23                                         Jason A. Gorn
                                           Assistant United States Attorneys
24

25

26

27

28

4