1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE GEORGE H. WU

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL LERMA, et al,

Defendants.

Case No.: CR 18-172-GW-1-6-7-8

ORDER GRANTING  AMENDED STIPULATION REGARDING THE FILING OF RULE 29 AND 33 MOTIONS AND THE HEARING ON POST-TRIAL MOTIONS

   Good cause having been shown, it is ordered that the stipulation is granted. The following shall be the deadlines for the filing of post-trial motions by defendants Michael Lerma, Carlos Gonzalez, Juan Sanchez and Jose Valencia Gonzalez and the hearing thereon:

1. The defense post-trial motions under Rule 29 and 33 motions will be filed by Monday, September 22, 2025;

2. The government oppositions to these motions will be filed by Monday, October 20, 2025;

3. The defense replies to the government's oppositions will be filed by Monday, November 10, 2025;

1.

4. The hearing on the defense post-trial motions under Rule 29 and 33 motions will take place on Monday, December 8, 2025 at 8:00 a.m.;

5. The Court refers the Defendants to the Probation Office for an investigation and report with the sentencing hearings held on January 5, 2026 at 8:00 a.m. Sentencing positions are to be filed by no later than December 29, 2025.

IT IS SO ORDERED.

Dated: July 18, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

**cc: USPO**

2.

18-CR-00172-GW-8