KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorney
312 N. Spring Street, 12th Floor
Los Angeles, CA 90012
Tel.: (213) 894-2238

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>PLAINTIFF(S)<br>v.<br>Michael Lerma, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:18-00172(A)-GW<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: (**List Documents**)

1) Sealed document
2) Sealed exhibits
3) Ex parte application to seal
4) Proposed order to seal

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

July 23, 2025
Date

Kyle W. Kahan
Attorney Name

United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING