Name, Address and Phone number of Attorney(s):
Richard G. Novak (SBN 149303)
65 N. Raymond Avenue, #320
Pasadena, CA 91103
626-578-1175
richard@rgnlaw.com
Attorney for Defedant Carlos Gonzalez

[CLEAR FORM]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cr-172(A)-GW |
| v. MICHAEL LERMA, et al., Defendant(s). | **APPLICATION FOR WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: Johnny G. Macias
Alias: 
BOP/Booking No: 18363-510
Detained by: ☐ Warden J. Engleman, Interim Warden
             ☐ Other
Detained at: MDC-Los Angeles
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons: Detainee is a witness whose testimony is required in connection with a pending motion scheduled for hearing on this date.

Appearance is necessary on ___January 22, 2026___ at ___8:00 A.M.___ before the Honorable ___George H. Wu___ Judge/Magistrate Judge.

Location: ☑ U.S. District Court  U.S. Courthouse, Courtroom 9D, 350 West 1st Street, LA, CA 90012
*(Court Address)*
          ☐ Other _____
*(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: ___01/05/2026___                    /s/ Richard G. Novak
                                           *Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* **MUST** *be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

G-09 (10/06)   **APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM**