[prepared by]
Richard G. Novak (SBN 149303)
65 N. Raymond Ave. #320
Pasadena, CA 91103
T: 626-685-2562
E: Richard@rgnlaw.com
Attorney for Defendant Carlos Gonzalez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br>v.<br><br>MICHAEL LERMA, et al.<br><br>Defendant(s). | CASE NUMBER:<br>   2:18-cr-172(A)-GW<br><br>**ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus  ☐ Ad Prosequendum  ☑ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: <u>Daniel Navarro (BOP Registration Number 10778-510)</u>

Alias: _____

on <u>January 22, 2026</u>     at <u>8:00 a.m.</u>    before U.S. District Judge George H. Wu.
    *(Date of Appearance)    (Time)*

Dated:_____

_____
**U.S. District Judge**