TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
    1400/1300/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/7962/8408
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov
               kellye.ng@usdoj.gov
               jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00172-GW-1, 6, 7, 8 |
|---|---|
| Plaintiff, | STIPULATION FOR SENTENCING BRIEFING AND HEARING SCHEDULE |
| v. | |
| MICHAEL LERMA, *et al.*, | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn; defendant Michael Lerma, by and through his counsel of record, Marri B. Derby and Joel M. Furman; defendant Carlos Gonzalez, by and through his counsel of record, Richard G. Novak and Kenneth M. Miller; defendant Jose Valencia Gonzalez, by and through his counsel of record, Shaun Khojayan and Daniel A. Nardoni; and defendant Juan Sanchez, by and through his

counsel of record, Charles P. Diamond and Amy R. Lucas (collectively, "defendants"), hereby stipulate to continue the sentencing briefing and hearing schedule:

    a. The evidentiary hearing on defendants' post-trial motions under Rule 29 and 33 was scheduled for January 5, 2026, at 8:00 a.m. However, due to witness transportation issues, the Court continued the evidentiary hearing on defendants' motions for a new trial to January 22, 2026, at 8:00 a.m. (Dkt. 1872.)

  2. The parties stipulate to the following briefing and hearing schedule:

    a. The parties' sentencing briefing shall be due on March 2, 2026, subject to the evidentiary hearing on defendants' motions for a new trial being concluded and a final order on the motions for a new trial being issued.

//
//
//
//
//
//
//
//
//
//
//
//
//

1       b.   The sentencing hearing will be continued to March 9,
2  2026, at 8:00 a.m.
3       IT IS SO STIPULATED.

Dated: January 16, 2026                Respectfully submitted,

                                       TODD BLANCHE
                                       Deputy Attorney General

                                       BILAL A. ESSAYLI
                                       First Assistant United States
                                       Attorney

                                       ALEXANDER B. SCHWAB
                                       Assistant United States Attorney
                                       Acting Chief, Criminal Division


                                        /s/
                                       KYLE W. KAHAN
                                       KELLYE NG
                                       JASON A. GORN
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA



/s/ (with email authorization)         /s/ (with email authorization)
MARRI B. DERBY                         SHAUN KHOJAYAN
JOEL FURMAN                            DANIEL A. NARDONI

Attorneys for Defendant                Attorneys for Defendant
MICHAEL LERMA                          JOSE VALENCIA GONZALEZ


/s/ (with email authorization)         /s/ (with email authorization)
RICHARD G. NOVAK                       CHARLES P. DIAMOND
KENNETH M. MILLER                      AMY R. LUCAS
                                       RICHARD P. LASTING
Attorneys for Defendant
CARLOS GONZALEZ                        Attorneys for Defendant
                                       JUAN SANCHEZ