TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
        1400/1300/1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2238/7962/8408
        Facsimile: (213) 894-0142
        E-mail:    kyle.kahan@usdoj.gov
                   kellye.ng@usdoj.gov
                   jason.gorn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                 v.<br><br>MICHAEL LERMA, *et al.*,<br><br>            Defendants. | No. 2:18-CR-00172-GW-1, 6, 7, 8<br><br>[PROPOSED] ORDER FOR SENTENCING BRIEFING AND HEARING SCHEDULE |

For good cause shown, IT IS HEREBY ORDERED THAT:

    1.   The parties' sentencing briefing is due on March 2, 2026, subject to the evidentiary hearing on defendants' motions for a new trial being concluded and a final order on the motions for a new trial being issued.

//

//

//

//

2.    The defendants' sentencing hearing will be continued to

March 9, 2026, at 8:00 a.m.

_____          _____
 DATE                                      HONORABLE GEORGE H. WU
                                           UNITED STATES DISTRICT JUDGE

Presented by:

_/s/ Kyle W. Kahan_____
 KYLE W. KAHAN
 Assistant United States Attorney