TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
JASON A. GORN (Cal. Bar No. 296179)
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorneys
    1200/1400/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/7962/8408
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov
               jason.gorn@usdoj.gov
               kellye.ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:18-00172(A)-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S AMENDED WITNESS LIST FOR RULE 33 EVIDENTIARY HEARING |
| v. | |
| MICHAEL LERMA, *et al.*, | Hearing Date: Jan. 22, 2026<br>Trial Time: 8:00 a.m.<br>Location: Courtroom of the |
| Defendants. | Hon. George H. Wu |

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason A. Gorn, hereby submits its amended witness list for the January 22, 2026 evidentiary hearing on defendants' Rule 33 motion in this matter.

///

1  The government respectfully reserves the right to update,
2  modify, and edit the witness list.

3  Dated: January 20, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/
KYLE W. KAHAN
KELLYE NG
JASON A. GORN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**GOVERNMENT'S WITNESS LIST**

**United States v. Michael Lerma, *et al.*, 2:18-000172(A)-GW**

| WITNESS NAME | DIRECT EXAMINATION ESTIMATE |
|---|---|
| Lieutenant Marcos Amaro, Bureau of Prisons | 5-10 minutes |
| Special Agent Arthur Martirosyan, Homeland Security Investigations | 10 minutes |
| Special Agent Joseph Talamantez, Federal Bureau of Investigation[1] | 15-20 minutes |

---

[1] Special Agent Talamantez is a rebuttal witness. The government may elect to not call him.

2