CHARLES P. DIAMOND (SB # 56881)
LAW OFFICES OF CHARLES P. DIAMOND
cdiamond@omm.com
AMY R. LUCAS (SB # 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

RICHARD P LASTING (SB # 53950)
RICHARD P LASTING LAW OFFICES
richardplasting@sbcglobal.net
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Telephone: +1 213-489-9025
Facsimile: +1 310-626-9677

Attorneys for Defendant
JUAN SANCHEZ

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL LERMA, et al, <br><br> Defendants. | Case No. 2: 18- CR-172-GW <br><br> **SENTENCING STATEMENT OF DEFENDANT JUAN SANCHEZ** <br><br> SENTENCING DATE: MAR. 9, 2026 <br> TIME: 8:00 A.M. <br> COURTROOM: 9D <br> HON. GEORGE H. WU |

During four weeks of trial, the Court heard a version of defendant Juan Sanchez provided only by cooperating inmate witnesses. As family members and friends of Mr. Sanchez who sat through the trial attest, it is an inaccurate version. They know a very different Mr. Sanchez, one who is a devoted father, tireless worker, dependable friend and neighbor, and generous and compassionate family member.

We agree with the U.S. Probation Officer that given his convictions on Counts 7 and 8 the only sentencing option for Mr. Sanchez is life imprisonment pursuant to 18 U.S.C. §§ 1959(a)(1) & 1111(b).  PSR ¶ 132 & 133.  That said, the Court should be aware of, and the record bear witness to, Mr. Sanchez's many positive character traits that family members and friends describe in the letters submitted to the Court (and contained in the Appendix to this Statement) as well as the accompanying Social History prepared by Mr. Sanchez's court-appointed mitigation consultants, John Brown & Associates. (App. Ex. A) (hereafter "Social History").

**Devoted and Engaged Father.** Mr. Sanchez's devotion to his two daughters is, by every account, the defining feature of his character. He became a father at eighteen and immediately embraced the responsibilities of parenthood. His ex-wife, Rosalie Chavez, attests that "[d]uring our relationship Juan was an incredibly hardworking provider for our family and dedicated father to our daughters. He would never miss a day of work and would even take on extra shifts to provide for our family. As a father he was very involved in our daughters lives weather it was attending their first day of preschool or just spending quality time." Ex. B. His sister-in-law, Mariela Villarreal, recalls: "Seeing his level of maturity as he shifted from being kid to a father was beautiful to see. I would see him take his daughters to the park, on a walk, to the store." Ex. I.  His neighbor Sandra Rivera observed that "[w]hen he became a dad, he would glow. His eyes would shine when he was with his family. Juan carried his daughter all the time. I would hear him running up and down the driveway with her and laughing while playing with her." Ex. G. Even from custody, Mr. Sanchez has remained a guiding presence, speaking with his daughters as often as possible and receiving visits nearly every week, even though they reside in Victorville, California. PSR ¶ 115; Ex. A, at 2. As the Social History confirms, "[d]espite the obvious constraints of his incarceration, Juan has strived and seemingly managed to be a guiding presence for his daughters." Ex. A, at 6.

**Tireless Work Ethic.** From an early age, Mr. Sanchez exhibited an uncommon discipline toward work—first alongside his father and brother in the family furniture warehouse, and later learning carpentry and woodwork from his grandfather. His brother Alejandro recalls: "We also use to work together at our dad's wood shop as teenagers. This is where Juan and I learned how to work and become responsible. Juan is a very hard-working man and talented also very family oriented." Ex. L. According to the Social History, even as his interest in school waned, "Juan exhibited discipline when it came to work." Ex. A, at 4. Alex Sanchez explained in an interview for the Social History that Juan "would jump up out of bed at five in the morning—ready to go. We'd clean and do whatever our dad asked us to. Juan never complained. He loved working." Ex. A, at 4–5.

**Selfless Provider for His Family.** Mr. Sanchez's instinct to provide for those who depend on him emerged early, as he shouldered responsibilities far beyond his years to support his mother, a single parent working two jobs. His mother, Maria Elena Lopez, writes: "Juan began working at a young age with his father and his goal in working was to help me with the bills and rent that I had to pay." Ex. O. As the Social History recounts, for Juan "[t]he most important thing to him" was "[h]elping our mom. Family was everything." Ex. A, at 5. When his father left the household, Juan and his brother "became the men of the house and father figures to Brianna." Ex. A, at 4. His mother attests that "Juan always took initiative on helping in any way he could, he would take care of my daughter Brianna and take her to school. . . . Juan had to step up at a young age and play a fatherly role for my daughter Brianna." Ex. O. His cousin Patricia confirms that "[f]rom a young age, Juan took on responsibilities to help support the family, as my aunt was a single mother raising three children. He frequently helped care for his sister whenever my aunt needed assistance." Ex. H.

**Generous and Community-Minded.** Mr. Sanchez is consistently described as a man who gave freely of his time and resources to neighbors and strangers alike.

His cousin Patricia observes that "Juan has always been generous and selfless; he would give away the last dollar he had to help someone in need, which truly reflects the kind of person he is." Ex. H. His ex-wife notes that "[a]nytime someone needed help weather it was giving someone a ride or cutting the grass he would never hesitate to lend a helping hand." Ex. B. His sister Brianna reports that "[m]y brother is very loved in our community by our neighbors, business owners (711, Jack in the Box, Barbershops, Auto Shops). When my neighbors needed help building something, cleaning out garbage or fixing something in their household, he was the one to call." Ex. C. Notably, "[e]ven now, neighbors and the community still inquire about his well-being and even give us money so we can put on his commissary. Even after over a decade, he is still cherished and remembered." Ex. C.

**Compassionate Mentor and Emotional Support.** Even through incarceration, Mr. Sanchez has remained a source of guidance and emotional stability for those closest to him. His sister Brianna, a mental health clinician, writes that Juan "has been and continues to be my best friend. He is the person I think of immediately when something goes wrong or when I am feeling down. . . . [W]hen he has the ability to call and I am having trouble managing my own feelings and emotions he is always there to validate, empathize and hear me out while proving guidance." Ex. C. His neighbor Sandra Rivera describes how Mr. Sanchez mentored her son when he was struggling in school: "Juan explained to my son that it is important to finish school and focus on his future. Juan encouraged him to respect me and my rules. That was the beginning of Juan mentoring him. When Juan worked on the car, he would teach my son. When Juan was working in the yard, he would teach my son." Ex. G. His great-aunt, Elidia Soto, adds that "[e]ven though he is incarcerated, he advises everyone." Ex. F. His cousin Dayanna Montiel-Lopez echoes this when she says that Juan "has continuously provided support, direction, and assistance to family members during trying times." Ex. K.

**Resourceful, Skilled and Ambitious.** Mr. Sanchez possesses a natural aptitude for learning practical skills—from carpentry and woodwork at his grandfather's side to barbering and automotive repair. His sister Brianna writes that "he is incredibly gifted and easily learned new skills." Ex. C. The Social History confirms that as a teenager, Mr. Sanchez "would cut hair to earn spending money," and that during incarceration he "has sought to better himself by reading a variety of books" and "looks forward to getting his GED and furthering his education." Ex. A, at 4, 7. His brother Alejandro speaks of Juan's goals upon release: " to start working hard, open a barbershop and be the father his daughters need." Ex. L. So too, does Juan's sister Brianna, who adds that the family has "always spoke about his talents in Barbering, which have led us to hope and plan to open our own Family barbershop if he gets to come home. Juan desires to not only open his own barbershop but continue his education and enroll in a trade to enhance his live and support his family." Ex. C.

Though the Court has little sentencing discretion given the crimes of conviction, Mr. Sanchez asks that the Court recommend strongly a BOP designation to a Southern California facility so that Mr. Sanchez may continue the bond he has with his daughters that is so important to both him and them.

Dated: March 2, 2026

    Respectfully submitted,

    CHARLES P. DIAMOND
    RICHARD P LASTING

    By: */s/ Charles P. Diamond*

    Charles P. Diamond

    Attorney for Defendant
    JUAN SANCHEZ