CHARLES P. DIAMOND (SB # 56881)
LAW OFFICES OF CHARLES P. DIAMOND
cdiamond@omm.com
AMY R. LUCAS (SB # 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

RICHARD P LASTING (SB # 53950)
RICHARD P LASTING LAW OFFICES
richardplasting@sbcglobal.net
315 East 8th Street, Suite 801
Los Angeles, CA 90014
Telephone: +1 213-489-9025
Facsimile: +1 310-626-9677

Attorneys for Defendant
JUAN SANCHEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LERMA, et al.,<br><br>Defendants. | Case No. 2: 18- CR-172-GW<br><br>**APPENDIX IN SUPPORT OF SENTENCING MEMORANDUM OF DEFENDANT JUAN SANCHEZ (EXHIBITS A-O)**<br><br>HEARING DATE: MAR. 9, 2026<br>TIME: 8:00 A.M.<br>COURTROOM: 9D<br>HON. GEORGE H. WU |

1

## **TABLE OF CONTENTS**

2                                                                    **Page**

3    Ex. A          Brown & Associates, Social History                  2

4    Ex. B          Letter of Rosalie Diane Chavez (ex-wife)            15

5    Ex. C          Letter of Brianna Sanchez (sister)                  16

6    Ex. D          Letter of Maria E. Carrillo-Chavez (cousin-in-law)  19

7    Ex. E          Letter of Miguel Lopez Recendez (cousin)            21

8    Ex. F          Letter of Elidia Soto Mercado (great-aunt)          23

9    Ex. G          Letter of Sandra Rivera (neighbor)                  25

10   Ex. H          Letter of Patricia Sanchez (cousin)                 27

11   Ex. I          Letter of Mariela Villarreal (sister-in-law)        29

12   Ex. J          Letter of Marisol Gomez (family friend and neighbor) 31

13   Ex. K          Letter of Dayanna Montiel-Lopez (cousin)            33

14   Ex. L          Letter of Alejandro Sanchez (brother)               35

15   Ex. M          Letter of Juan Montel (family member)               37

16   Ex. N          Letter of Maria Dolores Lopez Soto (maternal grandmother) 39

17   Ex. O          Letter of Maria Elena Lopez Soto (mother)           41

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**JOHN BROWN & ASSOCIATES**
COURT CONSULTANTS

3302 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90007
TELEPHONE (213) 628-9218
FAX (213) 628-9718
JBLA@SBCGLOBAL.NET

February 25, 2026

Honorable George H. Wu
United States District Court Judge
350 West 1st Street
Los Angeles, California 90012

      **Re:  Juan Sanchez**
             **Case No. 2:18-cr-00172-GW-7**

Honorable Judge Wu:

    The following social history of Juan Sanchez has been prepared for consideration in sentencing at the request of his attorneys, Charles Diamond and Richard Lasting. Due to his impending motion for new trial, the specific details of the criminal accusation have not been addressed in this report. Rather, what is presented here is information concerning Mr. Sanchez's personal background.

    The information in this report is based on a series of interviews with Juan Sanchez; his sister, Brianna Sanchez; his mother, Maria Elena Lopez; his brother, Alejandro "Alex" Sanchez; his ex-wife, Rosalie Chavez; his cousin, Patricia Sanchez; and his neighbor, Sandra Rivera. In addition, we have reviewed case file documents and have read and considered several character reference letters, which are attached.

*Introduction*

    On March 28, 2025, Juan Sanchez was convicted at trial of conspiracy to participate in a racketeering enterprise in violation of 18 U.S.C. §1962(d) (RICO); violent crimes in aid of racketeering activity in violation of 18 U.S.C. §1959(a)(1), as well as aiding and abetting under 18 U.S.C. §2; and first-degree murder within the special maritime and territorial jurisdiction of the United States in violation of 18 U.S.C. §§1111 and 7(3), as well as aiding and abetting under 18 U.S.C. §2.

It is understood that Juan faces a mandatory life sentence. The Court is respectfully asked to consider his life circumstances and strong family ties.

## *Family Background*

Juan Manuel Sanchez was born on December 22, 1992, in West Covina, California to Maria Elena Lopez, 58, and Alberto Sanchez, 68. Maria and Alberto were both originally from the same town in Zacatecas, Mexico, though they met in Los Angeles. Maria immigrated as a young child and was educated in the U.S. Alberto immigrated when he was 16 years old. The pair met as adults at a baseball game. Alberto already had two sons from prior relationships. Alberto and Maria never married but resided together and shared three children:  the defendant, Juan Sanchez, 33; Brianna Sanchez, 28; and Alejandro (Alex) Sanchez, 34. Alberto also fathered Juan's half-brothers, Ignacio Sanchez, 30, Javier Sanchez, 38, and Alberto Sanchez, Jr., who died in a car accident in 2013 at 23 years old.

Juan is in custody at Metropolitan Detention Center in Los Angeles. He maintains steady contact with his family, receiving regular visits and speaking on the phone with them often. His mother Maria was a warehouse worker and is now retired; his sister Brianna is a mental health clinician and single mother of six-year-old Emmanuel (named after Juan, whose middle name is Manuel); and his brother Alex works in HVAC repair and is married with one child. The whole family currently lives in the same home in which Juan grew up in Pomona, California.

Juan's father, Alberto, works in a furniture warehouse and resides in Phelan, California. They have occasional contact.

Juan has two daughters that are fifteen and ten, whom he shares with his ex-wife, Rosalie Chavez. Rosalie and the girls live in Victorville, California. Juan speaks with his daughters often and they visit him regularly (typically once every week to few weeks).

## *Childhood Upbringing*

Juan grew up in Pomona, California residing at only one address for the duration of his childhood. His father, Alberto, worked long hours as a carpenter

and in a furniture warehouse. His mother, Maria, stayed home to care for him and his older brother, Alex. The brothers were one year apart and extremely close. Juan's sister, Brianna, was born when he was five. Juan doted on his sister.

Starting from kindergarten, Juan attended Arroyo Elementary School within walking distance of his home. His parents spoke mainly Spanish, so Juan learned English at school. According to the family, he was a good student who enjoyed school.

Growing up, Juan and Alex would ride their bikes and played in the neighborhood with friends. They spent a great deal of time across the street at their grandparents' home. Their grandfather would put them to work doing carpentry projects and woodwork. Juan's parents both had large extended families, some of whom lived nearby, others dispersed throughout Southern California, and the rest in Mexico. Juan's favorite memories are of his family all being together, especially their vacations to Zacatecas, Mexico where they would go for family trips and to gather and celebrate with relatives.

When Juan was about eight, his father opened a furniture warehouse named "Brianna's Furniture." Juan and Alex would work alongside their father, assembling furniture, cleaning and doing maintenance. Maria worked there as well.

In the subsequent years, Alberto spent less time at home, eventually splitting up with Maria when Juan was about eleven. When Alberto moved out, it was a turning point for Juan.

Maria became a single mother of her three children and took multiple warehouse jobs. The family dynamics shifted as they were no longer a cohesive family. Juan and Alex became the men of the house and father figures to Brianna.

_Father's Absence and Adolescence_

Juan attended both Emerson Middle School and Marshall Middle School. He struggled in middle school and his grades declined.

By fourteen, Juan was regularly smoking marijuana. He attended multiple
high schools. While his grades faltered and his interest in school waned, Juan
exhibited discipline when it came to work. He would cut hair to earn spending
money. His father had become unpredictable and was absent much of the time, but
he remained a strong influence in Juan and Alex's lives. In an interview conducted
for this report, Juan's brother Alex explained:

> Sometimes months would go by without seeing our dad,
> but when he'd come around, we always wanted to work
> with him. We worked in the warehouse, and he had a side
> job cleaning businesses on the weekends. Juan would
> jump up out of bed at five in the morning -- ready to go.
> We'd clean and do whatever our dad asked us to. Juan
> never complained. He loved working. And he always
> wanted to make money to give to our mom. That was the
> most important thing to him. Helping our mom. Family
> was everything. We also really enjoyed getting that time
> with our dad...he'd take us to lunch...we bonded with
> him. We got good work ethics from him, and our mom.

Juan remained well-behaved at home and took responsibility for caring for
his sister. In her letter (appended), Juan's mother Maria recounts:

> Juan began working at a young age with his father and
> his goal in working was to help me with the bills and rent
> that I had to pay. As a single mother, I have to pick up a
> second job which would deny me the opportunity to take
> and pick up my children from school. Juan always took
> initiative on helping in any way he could, he would take
> care of my daughter Brianna and take her to school.
> Because I knew that my daughter was in his hands, I felt
> without worry knowing that he was responsible for her
> when I had to work. I never worried for her neither of
> their safety, their homework being done or them being
> ready for school because Juan always made sure
> everything was taken care of. Juan had to step up at a

young age and play a fatherly role for my daughter Brianna. Juan always helped with chores in the house such as cutting the yard and always ensured to keep the house clean to avoid me coming home from work to a dirty home since he was aware I would come home late and tired after working two jobs. Juan is a son who has always been a good son, very nurturing, loving, respectful.

At seventeen, Juan learned that his girlfriend, Rosalie Chavez, was pregnant. He dropped out of high school to focus on work and supporting her. Rosalie moved in with Juan's family and gave birth to their first child, a daughter, in December of 2010. Just days after, Juan turned eighteen.

_Adulthood_

By all accounts, Juan was a highly engaged father who doted on his daughter. He worked primarily in warehouses, supporting Rosalie and their daughter, while also contributing to his mother's expenses.

On June 19, 2015, Rosalie gave birth to their second child, another daughter. The couple married on March 3, 2016, while Juan was in the Los Angeles County Jail.

After several years of Juan's incarceration, Rosalie filed for divorce in 2021. They maintain an amicable co-parenting relationship. She resides in Victorville with their daughters but makes every effort to stay connected to Juan's family who describe her as "part of the family." Juan and Rosalie's daughters are fifteen and almost eleven and are thriving. According to their mother and other family members, they excel in school and extracurricular activities that include gymnastics and horseback riding.

Juan's family has been a vital support to Rosalie as she raises their daughters. Still, having their father incarcerated has taken a toll. They have missed his presence for countless moments and milestones. They describe the losses for them as incalculable.

Despite the obvious constraints of his incarceration, Juan has strived and
seemingly managed to be a guiding presence for his daughters. They speak with
him as often as possible and typically visit him every week. In her letter, Juan's ex-
wife Rosalie notes:

> Throughout our time together, I have observed Juan's
> strong dedication to his family and his sense of
> responsibility. He was always present at every family
> event and maintained a good close relationship with
> everyone. Anytime someone needed help weather it was
> giving someone a ride or cutting the grass he would
> never hesitate to lend a helping hand. During our
> relationship Juan was an incredibly hardworking provider
> for our family and dedicated father to our daughters. He
> would never miss a day of work and would even take on
> extra shifts to provide for our family. As a father he was
> very involved in our daughters lives weather it was
> attending their first day of preschool or just spending
> quality time. Even through the circumstances now he still
> maintains a close relationship with his daughters and
> family as best he can…

During his incarceration, Juan has sought to better himself by reading a
variety of books. He looks forward to getting his GED and furthering his
education. His number one priority is his family, especially his daughters. He
intends to continue parenting them and ensuring they have a loving, concerned,
attentive father in their lives. Juan and his daughters hope that he will be
designated to serve his sentence in a facility close enough that they will be able to
continue to see him.

## _Support from Family and Friends_

The letters attached to this report attest to Juan's character and value to his
family and community. All are appended and several are excerpted below.

Maria E. Carrillo Chavez is a registered nurse who is married to Juan's cousin. She observes:

> I have known Juan Sanchez for more than nineteen years, having met him through my husband. As first cousins, Juan and Miguel were very close prior to Juan's imprisonment. Over the years, I came to know Juan well through time spent together with family and friends at gatherings, celebrations, and everyday moments. Juan, whom we know as Juan Manuel, has always been kind-hearted and respectful toward me. I am very close with his family, including his mother, brother, and sister. In fact, his sister Brianna is my goddaughter. My husband and I know Juan and his family to be hardworking, respectful, and deeply committed to one another.
>
> Juan became a father at a young age, and despite his youth, he embraced the responsibility of being a present and loving father to his daughters, [REDACTED] and [REDACTED]. Through my relationship with Juan and his family, I also came to understand the challenges he faced growing up, particularly the absence of his father and the burdens placed on his mother as she worked tirelessly to provide for the family. Lacking consistent guidance, Juan relied on influences that were not always positive. As a nurse, I have seen firsthand how individuals who face such hardships can find themselves in difficult circumstances. However, I firmly believe that these circumstances do not define Juan's character. In my experience, he has always looked out for others, offered help when needed, and demonstrated a strong yet compassionate nature.

Juan's brother, Alejandro "Alex" Sanchez works full-time as an HVAC technician and part-time as a residential electrician. He writes:

> I am Juan's older brother. We grew up together with our mom and sister Brianna. As children our parents would always take us on vacation to Mexico during the summer break. Juan is a very happy and joyful man. We also use to work together at our dad's wood shop as teenagers. This is where Juan and I learned how to work and become responsible. Juan is a very hard-working man and talented also very family oriented. He has 2 daughters [REDACTED] and [REDACTED] that Juan has in his mind all the time….
>
> Our family is very sad and heartbroken because of Juan's lengthy imprisonment. I do believe Juan has learned his lesson with this very hard experience that life has given him. His goals when released are to start working hard, open a barbershop and be the father his daughters need.

Juan's cousin, Patricia Sanchez, reports:

> From a young age, Juan took on responsibilities to help support the family, as my aunt was a single mother raising three children. He frequently helped care for his sister whenever my aunt needed assistance. He worked at his father's upholstery business, where he developed a strong work ethic and a love for learning new skills. Juan has always been generous and selfless; he would give away the last dollar he had to help someone in need, which truly reflects the kind of person he is. His daughters have been a true blessing in his life, and he has always been a devoted and loving father. Even

while facing this difficult time, Juan continues to demonstrate responsibility, dedication, and care for his family. He maintains a strong, loving presence for his daughters and provides emotional support in every way he can. His dedication and commitment to his loved ones are qualities we all deeply admire, and even while apart, he strives to guide and be there for his family.

Juan's sister, Brianna, is a mental health clinician. She states:

To begin with, my brother has always shown his loved ones a great deal of compassion, love, and support. He is the most loving father to his daughters [REDACTED] and [REDACTED], whom are his pride and joy. Juan and my older brother took on a fatherly role in my life because we were raised by a single mother. He has always been fiercely devoted to his loved ones and family. Although he has been incarcerated for a few years now, he has been and continues to be my best friend. He is the person I think of immediately when something goes wrong or when I am feeling down. Before being incarcerated and now that he's incarcerated when he has the ability to call and I am having trouble managing my own feelings and emotions he is always there to validate, empathize and hear me out while proving guidance. My brother is very loved in our community by our neighbors, business owners (711, Jack in the Box, Barbershops, Auto Shops). When my neighbors needed help building something, cleaning out garbage or fixing something in their household, he was the one to call as he is incredibly gifted and easily learned new skills. Even now, neighbors and the community still inquire about his well-being and even give us money so we can put on his commissary. Even

after over a decade, he is still cherished and remembered. This reveals a great deal about the person he is.

Brianna adds:

Everyone in the family has been coping with this process in their own unique ways, and everyone is experiencing emotional dysregulation. As a result, it became a topic we discuss with tears in our eyes and knots in our throats. There was and still is a great deal of suffering for the entire family due to his long absence. He has missed significant family events such as my High school Graduation, my College Graduations, his daughters' promotions, gymnastics competitions, the birth of his nephew and the death of our maternal grandfather, whom he was really close to. I am truly in shock when I sit here and consider the entire situation. All of us who love my brother will be devastated by his indefinite incarceration. My son is involved in Mixed Martial arts and Baseball and one of my biggest dreams is to have my brother show up to his classes, tournaments, shows and baseball games to cheer him on as he is my son's favorite uncle even though he has only met him while incarcerated. Speaking on how this has affected and will affect my brother is tough. It's difficult to talk about how this has affected and will affect not only my brother but the family as a whole. I can tell that this has been an extremely difficult situation, even though he has always been receptive to any outcome. I am aware that his desire is to return home and fulfill the roles of father to his girls, son to my parents, brother to us, and beloved uncle to his nieces and nephews.

*Conclusion*

      Juan Sanchez started his life with great promise. The current circumstances surrounding his case are undeniably tragic for all concerned. In the absence of leeway with regard to Juan's sentence, it is his hope that this document serves as a record of his character, work ethic, family support, and especially his unyielding devotion to his daughters.

      If there are any questions regarding the information in this report, please do not hesitate to contact us.

Respectfully submitted,

Rebecca Bitton                 John Brown

RB/JB:lt

enclosures

# EXHIBIT B

Rosalie Diane Chavez

(909)670-5658

12/21/2025

Honorable George H. Wu

United States District Court Judge

350 West 1 st Street

Los Angeles, California 90012

Dear Honorable Judge Wu,

My name is Rosalie Diane Chavez, and I am writing to provide a character reference for Juan Manuel Sanchez whom I have known for 21 years. We were married for 9 years, and despite our divorce, we have maintained a respectful relationship. While I am aware of the current legal proceedings he is facing, my purpose in writing is to speak solely to his character as I have experienced it personally. Throughout our time together, I have observed Juan's strong dedication to his family and his sense of responsibility. He was always present at every family event and maintained a good close relationship with everyone. Anytime someone needed help weather it was giving someone a ride or cutting the grass he would never hesitate to lend a helping hand. During our relationship Juan was an incredibly hardworking provider for our family and dedicated father to our daughters. He would never miss a day of work and would even take on extra shifts to provide for our family. As a father he was very involved in our daughters lives weather it was attending their first day of preschool or just spending quality time. Even through the circumstances now he still maintains a close relationship with his daughters and family as best he can, but these court proceedings have affected everyone deeply. I hope your honor takes into consideration this letter about Juan's character and who he truly is. If any further information is needed please contact me at the number above.

Respectfully,

Rosalie Diane Chavez

# EXHIBIT C

Dear Honorable Judge George H. Wu,

My name is Brianna Sanchez, the sister of Juan Manuel Sanchez. Out of three, I am the youngest. I currently work as a mental health clinician in Los Angeles County, offering services to youth young adults. In addition, I'm working toward earning the hours necessary to obtain a license as a Licensed Clinical Social Worker. My objective is to assist and improve the lives of young people, particularly in the Pomona neighborhood where I was raised. In the near future, I want to start my own nonprofit organization that teaches kids practical life skills and supports their achievement through education, resources, and hands on programs. I have a 6-year old child named Emmanuel, whom was named after my brother Juan Manuel. I am aware that without concentrating on his accusations, this letter can assist you comprehend the kind of man my brother, Juan Sanchez, is.

To begin with, my brother has always shown his loved ones a great deal of compassion, love, and support. He is the most loving father to his daughters [REDACTED] and [REDACTED] , whom are his pride and joy. Juan and my older brother took on a fatherly role in my life because we were raised by a single mother. He has always been fiercely devoted to his loved ones and family. Although he has been incarcerated for a few years now, he has been and continues to be my best friend. He is the person I think of immediately when something goes wrong or when I am feeling down. Before being incarnated and now that he's incarcerated when he has the ability to call and I am having trouble managing my own feelings and emotions he is always there to validate, empathize and hear me out while proving guidance. My brother is very loved in our community by our neighbors, business owners ( 711, Jack in the Box, Barbershops, Auto Shops ) .When my neighbors needed help building something, cleaning out garbage or fixing something in their household, he was the one to call as he is incredibly gifted and easily learned new skills. Even now, neighbors and the community still inquire about his well-being and even give us money so we can put on his commissary. Even after over a decade, he is still cherished and remembered. This reveals a great deal about the person he is.

When speaking on the effects these legal proceedings have had not only on Juan but also on his family, they have undoubtedly had a major detrimental influence on all our mental and emotional well-being. To start off, I was present at most of his courts during trial which was mentally, emotionally and physically draining. Hearing the false narrative, they painted of him was devastating. In my opinion, the way he was portrayed did not reflect who and what he is, thus it felt like they were talking about someone else. Everyone in the family has been coping with this process in their own unique ways, and everyone is experiencing emotional dysregulation. As a result, it became a topic we discuss with tears in our eyes and knots in our throats. There was and still is a great deal of suffering for the entire family due to his long absence. He has missed significant family events such as my High school Graduation, my College Graduations, his daughters' promotions, gymnastics competitions, the birth of his nephew and the death of our maternal grandfather, whom he was really close to. I am truly in shock when I sit here and consider the entire situation. All of us who love my brother will be devastated by his indefinite incarceration. My son is involved in Mixed Martial arts and Baseball and one of my biggest dreams is to have my brother show up to his classes, tournaments, shows and baseball games to cheer him on as he is my son's favorite uncle even though he has only met him while incarcerated. Speaking on how this has affected and will affect my brother is tough. It's difficult to talk about how this has affected and will affect not only my brother but the family as a whole. I can tell that this has been an extremely difficult situation, even though he has always been receptive to any outcome. I am aware that his desire is to return home and fulfill the roles of father to his girls, son to my parents, brother to us, and beloved uncle to his nieces and nephews.

We have always spoke about his talents in Barbering, which have led us to hope and plan to open our own
Family barbershop if he gets to come home. Juan desires to not only open his own barbershop but
continue his education and enroll in a trade to enhance his live and support his family.
It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the
current charges, I still believe my brother, Juan Manuel Sanchez, to be an honorable individual and a
good human being.


Thank you, Judge George Wu, for your time and consideration.


Regards,

Brianna Sanchez

# EXHIBIT D

Dear Honorable Judge Wu,

My name is Maria E. Carrillo-Chavez. I am a Registered Nurse licensed in the state of California, where I live and practice. I currently serve as a Clinical Manager for a home health agency. I am married to Miguel Lopez, who is Juan Sanchez's first cousin, and together we have two children, Aaron (14) and Jazmin (11). I respectfully submit this letter to advocate for Juan Sanchez and to offer my personal perspective on his character, in the hope that it may be taken into consideration at the time of his sentencing.

I have known Juan Sanchez for more than nineteen years, having met him through my husband. As first cousins, Juan and Miguel were very close prior to Juan's imprisonment. Over the years, I came to know Juan well through time spent together with family and friends at gatherings, celebrations, and everyday moments. Juan, whom we know as Juan Manuel, has always been kind-hearted and respectful toward me. I am very close with his family, including his mother, brother, and sister. In fact, his sister Brianna is my goddaughter. My husband and I know Juan and his family to be hardworking, respectful, and deeply committed to one another.

Juan became a father at a young age, and despite his youth, he embraced the responsibility of being a present and loving father to his daughters, [REDACTED] and [REDACTED]. Through my relationship with Juan and his family, I also came to understand the challenges he faced growing up, particularly the absence of his father and the burdens placed on his mother as she worked tirelessly to provide for the family. Lacking consistent guidance, Juan relied on influences that were not always positive. As a nurse, I have seen firsthand how individuals who face such hardships can find themselves in difficult circumstances. However, I firmly believe that these circumstances do not define Juan's character. In my experience, he has always looked out for others, offered help when needed, and demonstrated a strong yet compassionate nature.

Juan's imprisonment has had a profound and painful impact on his family, including his mother, siblings, and daughters. I have witnessed this firsthand. I attended court proceedings on several occasions and found the experience overwhelming. The emotional toll this process has taken on his family has been heartbreaking. Juan's mother has been unable to attend court due to the emotional difficulty of seeing her son in this situation. Despite these hardships, I truly believe that Juan has learned from this experience and that, if he gets an opportunity to return home, he will be a more mature and responsible man who will prioritize the well-being of his daughters, his mother, and his siblings.

I respectfully ask that the Court consider the many people who love and support Juan Manuel for the kind, brave, and genuine person he is. I believe he is deserving of a second chance and the opportunity to be present in the lives of his children and family, and to contribute positively to his community.

Thank you for your time and consideration.

Respectfully,

*Maria Carrillo*

Maria E. Carrillo-Chavez

# EXHIBIT E

Your honor,

My name is Miguel Lopez Recendez, and I am a resident of Pomona, California. I respectfully submit this letter in support of my cousin, Juan Manuel Sanchez. I am the oldest of our cousins, and I have known Juan since childhood. I write to offer my personal perspective on his character and the person I have known him to be throughout our lives.

Growing up, Juan was always a good-hearted and energetic young person who valued family and connection. Like many young people, he faced challenges while growing up, and at times lacked the guidance and direction that can help a young person make the best decisions. However, those early struggles do not define who Juan is at his core. I have always known him to be caring, loyal, and deeply family-oriented.

Juan became a father at a young age, and he took great pride in that role. He was proud to be a parent and cared deeply for his children. His incarceration has meant that he has been absent from much of his daughters' lives, which has been a significant loss for both him and his family. I truly believe that this time away has had a profound impact on Juan and has given him the opportunity to reflect, grow, and mature.

Although I have not spent time with Juan since his incarceration, I believe that the years he has spent in custody have changed his perspective on life. With maturity often comes clarity, responsibility, and a deeper understanding of what truly matters—family, stability, and making positive choices. I believe Juan now understands the importance of these values and would carry them forward if given the opportunity.

Juan is loved and supported by many family members, including his mother, sister, brother, grandmother, uncles, nephews, and extended family. He has a strong support system waiting for him, and I firmly believe that this support would help him continue on a positive and productive path.

I respectfully ask the Court to consider Juan Manuel Sanchez as a whole person, beyond his past mistakes. I believe he is capable of change and deserving of an opportunity to reunite with his family and contribute positively to their lives and to society.

Thank you for your time and consideration.


Respectfully,


Miguel Lopez Recendez

# EXHIBIT F

Juan Sánchez Character Letter

Honorable George H. Wu, Judge of the United States District Court.

Your Honor, my name is Elidia Soto Mercado, a citizen of the United States. I have
worked at Linage in Fontana for 17 years and have been a resident of Jurupa Valley, CA
for many years. I lived in Pomona, CA. I am the aunt of Juan Sánchez's mother.

Your Honor, I have known Juan since he was in his mother's womb until this moment.
He was raised in a home where my niece, María Elena López, instilled in him love, unity,
and respect. And of course, like any young person, he encounters challenges along the
way, but his mother is always there for him, guiding him on the right path. I know Juan
Sánchez as a good young man, a good husband, and a good father, attentive to his two
daughters. Even though he is incarcerated, he advises everyone. I, Elidia Soto, believe
and am sure that he has learned his lesson while deprived of his freedom. I know that if
he is released, Juan will make the most of his time with his family who are waiting for
him here.

Outside, I've seen the whole family suffer because he's in jail: his mother, his brother, his
sister, his ex wife  and daughters, his grandmother, and myself. It's heartbreaking to see
him deprived of his freedom. Your Honor, I hope this letter can help you understand the
type of man Juan Sanchez is, Your Honor. I believe he has learned his lesson and is ready
to return home to be the great father he has always been. This is what the whole family
asks for, and we say it with all our hearts.

Sincerely, Elidia Soto

# EXHIBIT G

Dear Judge Wu,

My name is Sandra Rivera. I am 54 years or, married and a mom of four children. I am a Director of
Financial Services at Carrington College in Ontario. I meet with possible students who want to
return to school to complete a trades certificate program. I assist them in completing the Free
Application for Federal Student Aid to cover their tuition cost.

I have known Juan Sanchez for over 20 years. I am technically a neighbor who has become family. I
am writing a character letter in my own words on how I see Juan Sanchez. Since we moved in, Juan
offered to help unload our moving truck. Juan has always been respectful and helpful. As he got
older, he would offer to wash our car after washing his mom's car. We would talk about what he
wanted to do as a grown-up and what his future was going to look like.

There is one thing I will always appreciate Juan for. There was a time my youngers son was not doing
so well in school and Juan offered to talk to him. Juan explained to my son that it is important to
finish school and focus on his future. Juan encouraged him to respect me and my rules. That was
the beginning of Juan mentoring him. When Juan worked on the car, he would teach my son. When
Juan was working in the yard, he would teach my son.

I know it's weird to say about a man, but when he became a dad, he would glow. His eyes would
shine when he was with his family. Juan carried his daughter all the time. I would hear him running
up and down the driveway with her and laughing while playing with her. When he had his second
daughter it was even louder and warmed my heart to see Juan doing well. He is excited for the time
he gets to spend quality time with them again. He is looking forward to being a part of the everyday
tasks a father is responsible for.

On a serious note, this whole process has had an impact on all of us. We have suffered from
sadness and stress as proceedings get closer. When I think of him being away for a long time my
heart hurts. I pray that God gives us strength and patience. I pray that God protect Juan. When I hear
Juan's voice, he sounds optimistic and tells us not to worry. I also see how this affects his
daughters, mom and sister. It weighs them down mentally and physically.

Please let me know if you have any questions. I can be reached at 909-568-7234.
Respectfully,
Sandra Rivera

# EXHIBIT H

Your Honor,

My name is Patricia Sanchez, I am 27 years old, and I have lived in Pomona my entire life. I am writing this letter in support of Juan Sanchez, who is my cousin. I understand that the purpose of this letter is to share my personal perspective on Juan's character and the kind of person he is outside this matter.

From a young age, Juan took on responsibilities to help support the family, as my aunt was a single mother raising three children. He frequently helped care for his sister whenever my aunt needed assistance. He worked at his father's upholstery business, where he developed a strong work ethic and a love for learning new skills. Juan has always been generous and selfless; he would give away the last dollar he had to help someone in need, which truly reflects the kind of person he is. His daughters have been a true blessing in his life, and he has always been a devoted and loving father. Even while facing this difficult time, Juan continues to demonstrate responsibility, dedication, and care for his family. He maintains a strong, loving presence for his daughters and provides emotional support in every way he can. His dedication and commitment to his loved ones are qualities we all deeply admire, and even while apart, he strives to guide and be there for his family.

Despite the challenges he has faced, Juan has shown significant growth and maturity. This experience has had a meaningful impact on him, and I truly believe he has learned from it. He has expressed a sincere desire to move forward positively. Juan has spoken about his goals to better himself, to be present for his daughters emotionally and physically, and to remain on the right path as a positive influence for his family. Extended time away from his loved ones will have a significant impact on our family who rely on him for guidance and support. I believe Juan has the capacity to continue learning from this experience while contributing positively to the family and community if given the opportunity.

I respectfully ask you to consider Juan's character, his dedication to his family, and the positive role he plays in the lives of those who know him. Thank you for taking the time to consider my letter and my honest perspective.


Sincerely,


Patricia Sanchez

# EXHIBIT I

Dear Honorable Judge George Wu,


My name is Mariela Villarreal. I am Juan Sanchez's sister in law. I have been knowing Juan for
the amount of time I've been married to his brother Alejandro Sanchez, which have been 17
years. I have grown a close connection with the family as they have received me as one of their
own. I am a Medical assistant for a primary physician. I am aware this letter can help you
understand the type of person Juan is without putting your focus on what he is being charged
with.

In the time that I've known Juan, he has always been a very respectful, loving, and caring
person. He is family oriented, hardworking, and responsible. He became a father at age 18 which
promoted him to immediately step up as a father and as a husband to the mother of his children.
Seeing his level of maturity as he shifted from being kid to a father was beautiful to see. I would
see him take his daughters to the park, on a walk, to the store, his daughters were very spoiled by
him, especially [REDACTED] since he got to spend more time with her before being
incarcerated. When his second daughter [REDACTED] was born, his happiness was greater, it is
like he felt complete. Unfortunately, he only spent a few months with her as he was incarcerated
after. He continues to be a great father, son, brother, brother in law and uncle to my daughter and
nieces and nephews. I can see his love and devotion to his family even now that he is
incarcerated.

His incarceration has been very difficult in a mental and emotional manner to the family as a
whole. Everyone has been under stress but with high hope that he will come home soon. Seeing
first hand how much this has impacted his mom, siblings, daughters and family has been
difficult. We pray to God he can come home and return to make our family complete again.

Thank you, Judge Wu and the court, for your time and consideration.

Mariela Villarreal

# EXHIBIT J

Dear Judge Wu,

My name is Marisol Gomez, I am 28 years old and I have known the defendant Juan Sanchez for
my entire life. My family and his family have been neighbors since the early 90s. I have two
brothers Danny and Gabriel. Which are friends with Alex and Juan Manuel. They grew up
together and I grew up with his sister Brianna. My parents are also friends with his grandparents,
Dona Lolita and Don Manuel may he rest in peace & his mother, Maria Elena.
Living near each other has brought us all close. We consider each other family. We care for each
other, we look out for each other, and we are there for each other.

Juan Manuel is basically an older brother to me. As I mentioned earlier, we look out for each
other. I can recall a time when I was a teenager I was a little bit rebellious. I had snuck out of my
house, I was probably 15 and Juan Manuel seen me walking on the street he pulled over and
asked me where I was going. I told him, that I was going to a kickback and he told me to get in
the car and he'd take me. I got in the car, and I realized he was taking me home and said that the
streets were not the place to be, especially late at night. Now that I look back into that moment it
was a blessing in disguise. To have someone who's not family treat you like family.
I also recall when Juan Manuel became a father. He was really young and his now wife was his
girlfriend at the time. From one moment to the next Juan Manuel wasn't just a teenager. He
became a man and not just a man a family man. He had Rosalie move in and took care of her and
his daughter [REDACTED]. Whom has suffered the most through this unfortunate situation, as well as
her little sister [REDACTED].Two young girls whom have had to grow up without their dad. I know the
Sanchez family is extremely united and they have managed but I have witnessed how Juan
Manuel's incarceration has affected the family tremendously. His absence on birthdays,
Mother's Day, Brianna's graduations, his nephews' birth, the passing of his grandfather, every
Christmas and thanksgivings, it's very difficult to be able to enjoy those moments knowing
someone you love and care for is not there. Not because they are no longer with us. But because
they're in jail, confined within four walls. It's heartbreaking; each and every single holiday.

Thank you Judge Wu and the court for your time and consideration.

Marisol Gomez

# EXHIBIT K

Your honor,

I'm Dayanna Montiel-Lopez, and I'm writing this letter to support Juan Sanchez, my cousin. I am aware that the purpose of my letter is to provide details about Juan's personality and background when you are deciding how to sentence him. Having known Juan my entire life, I am writing this letter to express my true view of him as a person rather than to contest the importance of the charges or the court's conclusions.

For nineteen years, Juan and I have been cousins Since I was a young child, I have known him, and he has consistently been a part of our family and my life. Throughout his childhood, Juan consistently demonstrated commitment and care for his family. He has continuously provided support, direction, and assistance to family members during trying times. I feel comfortable discussing his character because our connection has given me the opportunity to witness him in both positive and difficult times.

In my perspective, Juan has always been a hard worker who took pleasure in supporting himself and making contributions when he could. He takes his obligations seriously and places an extreme priority on his family. I have witnessed him prioritize others over himself, particularly when it comes to family members that required support, guidance, or stability. He has demonstrated tolerance, kindness, and a readiness to lend a hand without anticipating anything in return.

Juan has also experienced struggle in his life, and I have seen him attempt to deal with challenging situations while preserving close relationships with people. He has demonstrated the capacity to evaluate his activities and draw lessons from them in spite of obstacles. I genuinely think that Juan is aware of how serious his circumstances are and that this process has had a significant effect on both him and our whole family. Those who are close to him have experienced severe emotional distress as a result of his absence.

Juan has the potential to develop and change for the better, in my opinion. According to what I know about him, he has the capacity to grow from this experience and want to improve himself going forward. He has consistently stated that he wants to improve himself and the people he loves, and I think he is capable of doing so.

I appreciate you reading my letter and giving my viewpoint some thought. I humbly request that you consider Juan's prospects for rehabilitation, his familial ties, and his character before making your choice.

Respectfully,
Dayanna Montiel-Lopez

# EXHIBIT L

Dear, George H. Wu,

My name is Alejandro Sanchez I currently work as a full-time commercial HVAC Technician and part time residential electrician. I am married to Mariela Villarreal, we have been together for 17 years. We have a 12-year-old daughter named Aileen. She currently plays softball in a league in Pomona and goes to middle school. I am Juan's older brother. We grew up together with our mom and sister Brianna. As children our parents would always take us on vacation to Mexico during the summer break. Juan is a very happy and joyful man. We also use to work together at our dad's wood shop as teenagers. This is where Juan and I learned how to work and become responsible. Juan is a very hard-working man and talented also very family oriented. He has 2 daughters [REDACTED]  and [REDACTED] that Juan has in his mind all the time. I feel that all these courts have put our family in very nervous state and feeling stressed.

Our family is very sad and heartbroken because of Juan's lengthy imprisonment. I do believe Juan has learned his lesson with this very hard experience that life has given him. His goals when released are to start working hard, open a barbershop and be the father his daughters need. I hope my letter can help my brother Juan and grant him leniency. Thank you.

Sincerely,

Alejandro Sanchez

# EXHIBIT M

Respected Judge Wu,

I'm Juan Montiel, and I'm writing on Juan Sanchez's behalf. I just want to relate my
personal experience of Juan and why I felt it was necessary to speak out for him, even
though I know the Court has already heard the case's facts. Since I've known Juan
through family, I've had the opportunity to observe his character outside of this
circumstance. He has always shown a great deal of concern for others around him. I've
witnessed him check in on people who were having difficulties and offer assistance
without being asked. He exudes a cool, collected attitude that gives others a sense of
support.

For Juan, family is very important. He often addresses his loved ones, and it's obvious
that they serve as his main source of inspiration. I've seen him prioritize their needs over
his own and take whatever action was necessary to ensure their well-being. They have
suffered emotionally during this entire process, and it has been difficult to watch them
bear that burden.

 I genuinely think that this event has altered him. Based on our chats, it appears that he
has given his actions and their effects a great deal of thought. He wants to learn from
this and go in a different way, in my opinion. Although no one's greatest moments
define them, I also don't think that a person's worst experiences should define them.

I appreciate you reading my letter and giving my ideas some thought. As you make your
choice, I kindly ask that you consider Juan's character and who he is to those who know
him.

Respectfully,
Juan Montiel

# EXHIBIT N

Dear Honorable Judge George Wu,


I am Maria Dolores Lopez Soto, Juan Sanchez's maternal grandmother. I am writing this letter to provide my personal perspective on my grandson's characteristics and personality. I am currently retired; however, I was a chef for 40 years.

I was blessed and had the privilege to watch Juan, Alejandro and Brianna grow up from childhood until adulthood as they lived a few houses down from mine. Juan was always very attentive with me and my late husband Manuel Lopez, whom passed away last year in September. When my husband was diagnosed with Alzheimer's I know how tough the road would be and I would often think of my grandson, Juan, as I knew if he was home, he would be the first to offer his help as he normally would. Even with my husband's Alzheimer's, he always managed to remember Juan, when he wouldn't remember anyone else, but Juan was always remembered by him. When me or my husband needed help in our home with mowing the lawn, getting groceries off the truck, taking out the garbage cans, and even assisting with helping us up and down the cars. Juan has always been very special. He used to have sleepovers with us when my granddaughter Brianna was born, because he wanted a baby brother, not a baby sister. Funny to look back at that now, because he loves his sister so much.

His incarceration has been very difficult. Our hearts ache so much everyday he is not here, especially in the holidays and family events. When my husband was brought home on hospice, I hoped he was here, as he was his special grandson. He missed his last moments of life and his funeral, which was very heartbreaking for us all. My grandson is someone we can all count on and we have always known he has never hesitated to lend a helping hand.  I truly believe my grandson has gained significant knowledge from this experience on many levels. I hope you take my letter into account and allow him a second chance at being home with his whole family.


*Maria Dolores Soto de Lopez*

# EXHIBIT O

Dear Honorable Judge WU,


My name is Maria Elena Lopez Soto I am the mother of Juan M. Sanchez.
I am a single mother and I have my three (3) children: Alejandro, Juan M., and Brianna Sanchez.

I am going to speak about my son Juan Sanchez.
He is very respectful and family-oriented. Juan began working at a young age with his father and his goal in working was to help me with the bills and rent that I had to pay. As a single mother, I have to pick up a second job which would deny me the opportunity to take and pick up my children from school. Juan always took initiative on helping in any way he could, he would take care of my daughter Brianna and take her to school. Because I knew that my daughter was in his hands, I felt without worry knowing that he was responsible for her when I had to work. I never worried for her neither of their safety, their homework being done or them being ready for school because Juan always made sure everything was taken care of. Juan had to step up at a young age and play a fatherly role for my daughter Brianna. Juan always helped with chores in the house such as cutting the yard and always ensured to keep the house clean to avoid me coming home from work to a dirty home since he was aware I would come home late and tired after working two jobs. Juan is a son who has always been a good son, very nurturing, loving, respectful. His absence has affected me significantly, I miss him everyday he is not home. As his mother, it is very heartbreaking to know my family can't be complete because of his incarceration. I know his charges may paint a picture of someone who he really isn't. As his other, I know he has a great heart and has learned from his mistakes. I strongly believe he deserves to be with us.

Because of his incarceration I am very stressed not only from his absence but also from having to attend his court proceedings which have been mentally impactful. been in court. This whole situation has been one of the worst situations not only for me, but for my family as a whole. Knowing and understanding my son Juan, he is a wonderful son, father of two children,[REDACTED] and [REDACTED], great brother and the ex-husband of Rosalie Sanchez. He has always been a very respectful son and respectful individual in general not only with his family but with other people. What I desire most is for my son to return to us. I ask you judge to take my letter into consideration.


Thank you for your time,


*Maria Elena Lopez*