TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
KELLYE NG (Cal. Bar No. 313051)
JASON A. GORN (Cal. Bar No. 296179)
Assistant United States Attorneys
    1400/1300/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2238/8408/7962
    Facsimile: (213) 894-0142
    E-mail:   kyle.kahan@usdoj.gov
             jason.gorn@usdoj.gov
             kellye.ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL LERMA, *et al.*,<br><br>        Defendants. | No. 2:18-CR-00172(A)-GW-1,6,7,8<br><br>GOVERNMENT'S OMNIBUS *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF KYLE W. KAHAN |

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Kyle W. Kahan, Kellye Ng, and Jason Gorn hereby applies ex parte for an omnibus order that the government's exhibits in support of its sentencing briefs for defendants Michael Lerma, Carlos Gonzalez, Jose Valencia Gonzalez, and Juan Sanchez, as outlined below, be filed under seal.

//

This ex parte application is based upon the attached declaration of AUSA Kyle W. Kahan.

Dated: March 2, 2026                Respectfully submitted,

                                    TODD BLANCHE
                                    Deputy Attorney General

                                    BILAL A. ESSAYLI
                                    First Assistant United States
                                    Attorney

                                    ALEXANDER B. SCHWAB
                                    Assistant United States Attorney
                                    Acting Chief, Criminal Division


                                       /s/
                                     KYLE W. KAHAN
                                    KELLYE NG
                                    JASON A. GORN
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**DECLARATION OF KYLE W. KAHAN**

I, Kyle W. Kahan, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. The government requests leave to file under seal the following exhibits under seal for the following reasons:

    a. **Government's Sentencing Memorandum for Defendant Michael Lerma**.

        i. **Exhibit A** – A victim impact statement from A.B., the daughter of the victim in Counts One, Seven, and Eight, which contains sensitive information regarding A.B.'s emotional and mental health state as a result of defendants' conduct.

        ii. **Exhibit B** – A receipt documenting funeral expenses for S.B., which contains redacted personal identifying information and sensitive information regarding the burial of S.B. and related costs.

    b. **Government's Sentencing Memorandum for Defendant Carlos Gonzalez**

        i. **Exhibit B –** Aug. 5, 2015 R.R. and C.V. Transcripts contains the preliminary hearing transcripts of formerly cooperating witnesses, both who are now deceased. The information contained in the transcript are protected under the parties' March 21, 2022, and February 6, 2024 Protective Orders filed at Docket Nos. 787, 1134. Sealing is required to public avoid disclosure of the witnesses' prior cooperation, and to protect those individuals and their families. Disclosure of these documents would tend to endanger the safety of the witnesses' family members for having testified

against associates of the criminal enterprise.  This is so because individuals who have engaged in criminal activities and prison inmates often retaliate against witnesses and their families.  Additionally, the transcript is covered by a protective order.

    ii. **Exhibit E** – A victim impact statement from A.B., the daughter of the victim in Counts One, Seven, and Eight, which contains sensitive information regarding A.B.'s emotional and mental health state as a result of defendants' conduct.

    iii. **Exhibit F** – A receipt documenting funeral expenses for S.B., which contains redacted personal identifying information and sensitive information regarding the burial of S.B. and related costs.

  c. **Government's Sentencing Memorandum for Defendant Juan Sanchez**

    i. **Exhibit A** – May 14, 2015 felony complaint document against defendant Sanchez related to his kidnapping of C.V. and R.R.

    ii. **Exhibit B –** Aug. 5, 2015 R.R. and C.V. Transcripts contains the preliminary hearing transcripts of formerly cooperating witnesses, both who are now deceased.  The information contained in the transcript are protected under the parties' March 21, 2022, and February 6, 2024 Protective Orders filed at Docket Nos. 787, 1134.  Sealing is required to public avoid disclosure of the witnesses' prior cooperation, and to protect those individuals and their families.  Disclosure of these documents would tend to endanger the safety of the witnesses' family members for having testified against associates of the criminal enterprise.  This is so because

individuals who have engaged in criminal activities and prison inmates often retaliate against witnesses and their families. Additionally, the transcript is covered by a protective order.

    iii. **Exhibit C** – Defendant's certified conviction documents relating to his kidnapping conviction, which span May 14, 2015, through March 22, 2016, relating to his kidnapping of C.V. and R.R.

    iv. **Exhibit D** – A victim impact statement from A.B., the daughter of the victim in Counts One, Seven, and Eight, which contains sensitive information regarding A.B.'s emotional and mental health state as a result of defendants' conduct.

    v. **Exhibit E** – A receipt documenting funeral expenses for S.B., which contains redacted personal identifying information and sensitive information regarding the burial of S.B. and related costs.

  d. **Government's Sentencing Memorandum for Defendant Jose Valencia Gonzalez**.

    i. **Exhibit A** – A victim impact statement from A.B., the daughter of the victim in Counts One, Seven, and Eight, which contains sensitive information regarding A.B.'s emotional and mental health state as a result of defendants' conduct.

    ii. **Exhibit B** – A receipt documenting funeral expenses for S.B., which contains redacted personal identifying information and sensitive information regarding the burial of S.B. and related costs.

3. On March 1, 2026, the government emailed defense counsel for defendants Michael Lerma, Carlos Gonzalez, Jose Valencia

3

Gonzalez, and Juan Sanchez for their position on the sealing of the above exhibits. As of filing, counsel have not responded.

4. Should the Court deny this application, the government requests that the government's documents outlined above in Paragraphs 2(a)-(d) of this Declaration, and this application not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 2, 2026.

*Kyle Kahan*

KYLE W. KAHAN
Declarant

4