1  TODD BLANCHE
   Deputy Attorney General
2  BILAL A. ESSAYLI
   First Assistant United States Attorney
3  ALEXANDER B. SCHWAB
   Assistant United States Attorney
4  Acting Chief, Criminal Division
   KYLE W. KAHAN (Cal. Bar No. 298848)
5  KELLYE NG (Cal. Bar No. 313051)
   JASON A. GORN (Cal. Bar No. 296179)
6  Assistant United States Attorneys
        1400/1300/1200 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-2238/8408/7962
        Facsimile: (213) 894-0142
9       E-mail:    kyle.kahan@usdoj.gov
                   jason.gorn@usdoj.gov
10                 kellye.ng@usdoj.gov

11
   Attorneys for Plaintiff
12 UNITED STATES OF AMERICA

13                UNITED STATES DISTRICT COURT

14              FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 | UNITED STATES OF AMERICA,      | No. CR 18-172(A)-GW-1,6,7,8
16 |       Plaintiff,               | OMNIBUS ORDER SEALING DOCUMENTS
17 |           v.                   |
18 | MICHAEL LERMA, *et al.*,       |
19 |       Defendants.              |

20
   For good cause shown, IT IS HEREBY ORDERED THAT:
21
        The government's omnibus <u>ex parte</u> application for sealed filing
22
   is GRANTED.  The documents sought to be filed under seal and the
23
   //
24
   //
25
   //
26
   //
27
   //
28

government's ex parte application for sealed filing shall all be filed under seal.

March 3, 2026
DATE

*[signature: George H. Wu]*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Kyle W. Kahan
KYLE W. KAHAN
Assistant United States Attorney