# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

( ___ Amended _____ )

| | |
|---|---|
| Case No. _____ CR 18-172-GW _____ | Date ____ March 12, 2026 ____ |

Present: The Honorable _____ HON. GEORGE H. WU, U.S. DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | Kellye Ng; Kyle W. Kahan; Jason A. Gorn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 7. Juan Sanchez | ✔ | ☐ | Charles P. Diamond | ☐ | ☐ | ✔ | N/A |

**PROCEEDINGS:**       **SENTENCING AND JUDGMENT HEARING**     ☐  **Contested**   ✔   **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

_____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.        ✔ Refer to separate Judgment Order.

_____ Imprisonment for __Years/months__ on each of counts _____

_____ Count(s) _____ concurrent/consecutive to count(s) _____

_____ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

_____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

_____ Confined in jail-type institution for _____ to be served on consecutive days/weekends
commencing _____

_____ years/months Supervised Release/Probation imposed on count(s) _____
consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

_____ Perform _____ hours of community service.

_____ Serve _____ in a CCC/CTC.

_____ Pay $_____ fine amounts & times determined by P/O.

_____ Make $_____ restitution in amounts & times determined by P/O.

_____ Participate in a program for treatment of narcotic/alcohol addiction.

_____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

_____ Other conditions: _____

_____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

_____ Pay  $_____ per count, special assessment to the United States for a total of                        $_____

_____ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____
with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

_____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

_____ Defendant informed of right to appeal.

_____ ORDER sentencing transcript for Sentencing Commission.       _____ Processed statement of reasons.

_____ Bond exonerated _____ upon surrender _____ upon service of _____

_____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

_____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

_____ Issued Remand/Release # _____

_____ Present bond to continue as bond on appeal.       _____ Appeal bond set at $_____

_____ Filed and distributed judgment. ENTERED.

_____ Other _____

_____ : ___ 15 ___

Initials of Deputy Clerk __ JG __

cc: