UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JUAN SANCHEZ, AKA Squeaks, <br><br> Defendant - Appellant. | No. 26-1693 <br><br> D.C. No. 2:18-cr-00172-GW-7 <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) by Charles P. Diamond and Richard P. Lasting to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A. The clerk will terminate counsel Diamond and Amy R. Lucas from the docket.

Within 14 days of identifying counsel, the appointing authority for the Central District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

Counsel must order the transcript by May 8, 2026. The transcript is due June 8, 2026. The opening brief is due July 20, 2026. The answering brief is due August 19, 2026. The optional reply brief is due within 21 days after service of the answering brief.

2

The clerk will serve this order on former counsel, the district court, and appellant individually.

2

26-1693